FILED
April 14, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NAPTALI ARMANDO ORELLANA** **TDCJ #1730384,** | § § | |
| **Plaintiff,** | § § § | |
| v. | § § § | SA-21-CV-00084-OLG |
| **UNKNOWN PARTY, Warden,** **Connally Unit** | § § § § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Naptali Armando Orellana's section 1983 Civil Rights Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure to state a claim upon which relief may be granted, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Naptali Armando Orellana's Complaint is **DISMISSED WITH PREJUDICE** pursuant to sections 1915(e)(2)(B) and 1915A(b) of Title 28 of the United States Code for failure to state a claim upon which relief may be granted; his claims are barred by the applicable statute of limitations. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).

**IT IS FURTHER ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

**SIGNED** April __14__, 2021.

_____
**Orlando L. Garcia**
**Chief United States District Judge**